# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DAJONNAE SHORTY,INDIVIDUALLY
AND ON BEHALF OF HER MINOR
CHILD, A.S.

VERSUS

ASCENSION SCHOOL BOARD,
EDITH WALKER, ED.D, IN HER
OFFICIAL CAPACITY AS
SUPERINTENDENT OF ASCENSION
PARISH SCHOOL SYSTEM, AND
ADRIEANNE D. COMBEL

NO.  2026 CW 0512

JUNE 15, 2026

---

In Re:   Dajonnae Shorty, applying for supervisory writs, 23rd
         Judicial District Court, Parish of Ascension, No.
         144520.

---

BEFORE:   WOLFE, HESTER, AND BALFOUR, JJ.

   WRIT DENIED.

                         EW
                         CHH
                         KEB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT